COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Gregory Talley

Appellate case number:     01-22-00368-CV

Trial court case number:    2015-18435

Trial court:               308th District Court of Harris County

On May 13, 2022, relator, Gregory Talley, filed a petition for writ of mandamus arguing that the trial court abused its discretion in connection with a March 8, 2022 temporary orders hearing in this suit to modify the parent child relationship. On May 27, 2022, relator filed a "Motion for Stay Pending Decision on Petition for Writ of Mandamus," requesting that the Court stay the June 13, 2022 trial setting, arguing that the "stay is necessary to maintain the status quo of the parties and stay further trial court proceedings until the underlying mandamus is decided."

On May 31, 2022, real party in interest filed a response in opposition to relator's motion to stay the trial court proceedings. On May 31, 2022, the Court denied relator's motion to stay the June 13, 2022 trial setting. On June 1, 2022, relator filed a "Motion to Reconsider Motion for Stay Pending Decision on Relator's Petition for Writ of Mandamus." In his motion to reconsider, relator "re-urges [his] request for this Court to immediately stay the trial setting" pending consideration of the mandamus petition.

Relator's motion to reconsider is **denied**.

It is so ORDERED.

Judge's signature:    /s/ April Farris      
                          ☑ Acting individually     ☐ Acting for the Court

Date:    June 7, 2022